# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 13, 2023

### NO. 03-22-00785-CV

**Texas Tech University System, Appellant**

**v.**

**Dolcefino Communications, LLC d/b/a Dolcefino Consulting and San Angelo Standard-Times, Appellee**

---

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
DISMISSED AS MOOT-- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the order entered by the trial court. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. The parties shall bear costs relating to this appeal consistent with their agreement. If the parties did not reach an agreement regarding costs, the parties shall bear the costs of appeal that they incurred.